UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-80607-ROSENBERG/REINHART

JOAN C. KUEHN,

    Plaintiff,

v.

KRISTINA REED, P.A., JAMES J.
MORAN, P.A., JAMES J. MORAN,
and KRISTINA REED,

    Defendants.

_____/

**ORDER GRANTING DEFENDANTS' UNOPPOSED RENEWED MOTION FOR COSTS**

This cause is before the Court upon Defendants' Unopposed Renewed Motion for Costs. DE 122. Upon the agreement of the parties and a review of the record, it is **ORDERED AND ADJUDGED** that:

1. Defendants' Unopposed Renewed Motion for Costs [DE 122] is **GRANTED**.

2. Costs in the amount of $3,026.36 are hereby awarded to Defendants Kristina Reed, P.A., James J. Moran, P.A., James J. Moran (individually), and Kristina Reed (individually), and against Plaintiff Joan C. Kuehn.

3. Defendants' Motion for Costs [DE 120] is **DENIED AS MOOT**.

4. This Order does not restart or extend Defendants' deadline to file a motion for attorneys' fees.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 20th day of April, 2020.

                                                                ROBIN L. ROSENBERG
                                                                UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record